George W. Wilson *v.* Manhattan Ry. Co.   E. T. Daly, for plaintiff.   Davies, Short & Townsend, for defendant.   Motion for case to go to the Court of Appeals.   Motion granted.

Gordon Cunard *v.* Manhattan Railway Co.   John A. Weeks, Jr., for plaintiff.   Davies & Rapallo, for defendant. Motion for reargument.   Motion denied, with ten dollars costs.

John Van Tassel *v.* New York, Lake Erie and Western R. R. Co.   Buchanan & Steele, for plaintiff.   Smith, Bowman & Close, for defendant.   Motion for reargument denied, with ten dollars costs.

The People of the State of New York *v.* Solomon Wolff and Isaac Goldstein.   De Lancey Nicoll, for plaintiff.   Alex. S. Rosenthall, for defendant.   Motion to vacate judgment entered on a forfeited recognizance.   Motion granted.

Leopold Manheimer *v.* Moritz Lowenthal.   A. H. Berrick, for plaintiff.   Eugene Cohn, for defendant.   Motion for restitution.   Motion denied, with ten dollars costs to abide the event.

---

(New York Common Pleas — General Term, February, 1898.)

H. BISCHOFF, Jr., P. J., and PRYOR, J.

Catherine Kern, Respondent, *v.* Phillipina Klein, Appellant.   W. H. Geiger, for respondent.   A. G. Vanderpool, for appellant.   Appeal from judgment of the 'Sixth District Court, Hon. S. LACHMAN, J.   Judgment reversed, new trial ordered, costs to the appellants to abide the event.

John A. Baines, Respondent, *v.* Henry DeForrest and Others, Appellants.   H. M. Green, for respondent.   C. H. Pryer, for appellants.   Appeal from the judgment of the Ninth District Court, Hon. JOSEPH P. FALLON, J.   Judgment reversed, new trial ordered, costs to abide the event.

The Lamson Consolidated Store Service Co., Appellant, *v.* Adolf Rothschild, Respondent.   P. H. Friend, for appellant. P. C. Tallman, for respondent.   Judgment of the Sixth District Court, Hon. S. LACHMAN, J.   Judgment reversed, new trial ordered, costs to abide the event.